**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In re: Tanya R. Jackson<br>　　　　Debtor. | CASE NO. 12-52878<br>JUDGE John E. Hoffman, Jr.<br>CHAPTER 13 |

**NOTICE OF CHANGE OF ADDRESS**

Now comes Counsel for Debtor, Tanya R. Jackson, and notifies this Court that Debtor has a change of address and now lives at 174 S. Madison Rd., London, OH 43140.

　　　　　　　　　　　　　　　　　　　*/s/ Shannon M. Treynor*
　　　　　　　　　　　　　　　　　　　Shannon M. Treynor, Esq. (0072813)
　　　　　　　　　　　　　　　　　　　63 North Main Street
　　　　　　　　　　　　　　　　　　　P.O. Box 735
　　　　　　　　　　　　　　　　　　　London, Ohio 43140
　　　　　　　　　　　　　　　　　　　PH: (740) 845-1889
　　　　　　　　　　　　　　　　　　　FAX: (740) 845-2919
　　　　　　　　　　　　　　　　　　　Attorney for Debtor

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the foregoing document was sent via ECF this 14th day of August, 2015, to the following:

U.S. Trustee Office, ustpregion09.cb.ecf@usdoj.gov
Faye D. English, notices@ch13columbus.com
Ohio Department of Taxation, bgianangeli@mifsudlaw.com

and via regular U.S. Mail to:

| | |
|---|---|
| Tanya R. Jackson<br>174 S. Madison Rd.<br>London, OH 43140 | U.S. Department of Agriculture<br>Rural Housing Service<br>P.O. Box 6879<br>St. Louis, MO 63166 |

　　　　　　　　　　　　　　　　　　　*/s/ Shannon M. Treynor*
　　　　　　　　　　　　　　　　　　　Attorney for Debtor